UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Landry Jeanpierre – Case No. 1:17-cv-00473
Donald Smith – Case No. 1:18-cv-01262
Janet Owens – Case No. 1:19-cv-00021
Pearlie Rini – Case No. 1:19-cv-00150
Ronald Wilson – Case No. 1:19-cv-00887
Michele Harrison – Case No. 1:19-cv-01529
Charles Hervey – Case No. 1:19-cv-01608
Moises Vela – Case No. 1:19-cv-03701
Albert Waddle – Case No. 1:21-cv-06545

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction.  *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction.  Each party shall bear its own fees and costs.

- 2 -

Dated: March 25, 2026

/s/  Benjamin A. Bertram
Benjamin A. Bertram
Bertram & Graf, L.L.C.
2345 Grand Blvd., Suite 1925
Kansas City, MO  64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
Email: benbertram@bertramgraf.com

**Attorney for Plaintiffs**

/s/ Andrea R. Pierson
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: andrea.pierson@faegredrinker.com

**Attorney for Defendants**