UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ACKNOWLEDGED. Case is
dismissed without prejudice.
DATED: Apr 28, 2026

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Landry Jeanpierre – Case No. 1:17-cv-00473
Donald Smith – Case No. 1:18-cv-01262
Janet Owens – Case No. 1:19-cv-00021
Pearlie Rini – Case No. 1:19-cv-00150
Ronald Wilson – Case No. 1:19-cv-00887
Michele Harrison – Case No. 1:19-cv-01529
Charles Hervey – Case No. 1:19-cv-01608
Moises Vela – Case No. 1:19-cv-03701
Albert Waddle – Case No. 1:21-cv-06545

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.